FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELANIE REISWIG and CRAIG REISWIG,<br><br>                    Plaintiffs,<br><br>    v.<br><br>PROVIDENCE HEALTH & SERVICES OF WASHINGTON, d/b/a Providence St. Mary Medical Center; WALLA WALLA CLINIC, INC, PS;  and ERIK C. GRYLER, M.D. and JANE DOE GRYLER, husband and wife and the marital community comprised thereof,<br><br>                    Defendants. | NO:  4:20-CV-5063-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT PROVIDENCE HEATH & SERVICES OF WASHINGTON |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Providence Health & Services with Prejudice, ECF No. 19.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.  Accordingly,

**IT IS HEREBY ORDERED**:

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT PROVIDENCE HEATH & SERVICES OF WASHINGTON ~ 1

1. The Stipulated Motion to Dismiss Providence Health & Services with Prejudice, **ECF No. 19**, is **GRANTED**.

2. Plaintiffs' Complaint is dismissed **with prejudice** and without fees or costs as to Defendant Providence Health Services – Washington, d/b/a Providence St. Mary Medical Center **only**, and Judgment of Dismissal with Prejudice shall be entered.

3. All other claims against all other Defendants remain pending.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, to terminate Providence Health Services – Washington, d/b/a Providence St. Mary Medical Center as a Defendant in this matter, and provide copies to counsel.

**DATED** November 4, 2020.

_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
United States District Judge