AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Nov 04, 2020

SEAN F. McAVOY, CLERK

MELANIE REISWIG and CRAIG REISWIG,

_____ )

*Plaintiff* )

v. )

PROVIDENCE HEALTH & SERVICES OF )
WASHINGTON, d/b/a Providence St. Mary Medical )
Center; WALLA WALLA CLINIC, INC, PS; et al., )

_____

*Defendant*

Civil Action No.   4:20-CV-5063-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiffs' Complaint is dismissed with prejudice and without fees or costs as to Defendant Providence Health Services –
Washington, d/b/a Providence St. Mary Medical Center.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge     Rosanna Malouf Peterson

Date:   November 4, 2020

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Angela Noel
_____
*(By) Deputy Clerk*

Angela Noel