FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELANIE REISWIG and CRAIG REISWIG,<br><br>       Plaintiffs,<br><br> v.<br><br>WALLA WALLA CLINIC, INC. P.S., and ERIK C. GRYLER, MD, and JANE DOE GRYLER, husband and wife and the marital community thereof,<br><br>       Defendants. | NO:  4:20-CV-5063-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulated Motion to Dismiss with Prejudice, ECF No. 31.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

 1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 31**, is **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiffs' Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** August 20, 2021.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge